UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

Mary Baars,

      Plaintiff,

v.

Fifth Third Bank

      Defendant.

Civil Action No.: 1:15-cv-01199-PLM-RSK

**NOTICE OF SETTLEMENT**

    NOW COMES the Plaintiff, Mary Baars , by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

    Plaintiff therefore requests that this Honorable Court vacate any and all remaining dates currently set on calendar for the present matter.

                                               Respectfully submitted,

Dated: April 25, 2016 /s/ Adam T Hill
Adam T Hill
KROHN & MOSS, LTD.
Attorney for Plaintiff
10 N Dearborn 3rd Floor
Chicago Il 60602
Phone: (312) 578-9428 x. 242
Fax:    (866) 861-1390
Email: ahill@consumerlawcenter.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2016, a true and correct copy of the foregoing was filed with the Clerk of Court via the Court's CM/ECF system, which will send notification to all parties of record.

/s/ Adam T Hill
Adam T Hill