**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MARY BAARS, ) | Case No.: 1:15-cv-01199 |
| ) | |
| Plaintiff, ) | |
| v. ) | Hon. Paul L. Maloney |
| ) | |
| FIFTH THIRD BANK, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## STIPULATION OF DISMISSAL

Plaintiff, MARY BAARS ("Plaintiff"), and Defendant, FIFTH THIRD BANK ("Defendant"), hereby stipulate and give notice of the voluntary dismissal with prejudice of this action, with each party to bear its own fees and costs.

Agreed to this 18th day of May, 2016.

/s/ Kristina M. Araya
KRISTINA M. ARAYA
MOLLY E. MCMANUS
MADELAINE C. LANE
WARNER NARCROSS & JUDD LLP
Attorneys for Defendant
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503
(616) 752-2712     (616) 222-2712 [fax]

/s/ Adam T. Hill
Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Floor
Chicago, IL 60602
Telephone:  312-578-9428
Telefax:  866-802-0021
ahill@consumerlawcenter.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2016, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

/s/ Adam T. Hill
Adam T. Hill